## COMMISSIONER OF INTERNAL REVENUE v. Harriet A. HEATH.

### No. 9164.

Circuit Court of Appeals, Ninth Circuit.

June 7, 1939.

James W. Morris, Asst. U. S. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Dana Latham, of Los Angeles, Cal., for respondent.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by respondent. Ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court herein issued forthwith.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Meredith WOOD, Respondent.

### No. 310.

Circuit Court of Appeals, Second Circuit.

May 29, 1939.

James W. Morris, Asst. Atty. Gen., Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., for petitioner.

George M. Wolfson, of New York City (George M. Wolfson, and Cuthbert B. Caton, both of New York City, of counsel), for respondent.

Charles S. McVeigh, of New York City (John A. Lyon and Robert W. Dew, both of New York City, of counsel), for Frederick K. Barbour and Elisabeth Achelis, as amicus curiæ.

Ellsworth C. Alvord and Alger B. Chapman, both of Washington, D. C. (Alvord & Alvord, of Washington, D. C., of counsel), amici curiæ.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed on authority of United States v. First National Bank of Birmingham, 5 Cir., 74 F.2d 360.

## Harry E. DEAN v. UNITED STATES of America.

### No. 9212.

Circuit Court of Appeals, Ninth Circuit.

July 11, 1939.

Harry Dean, in pro. per.

Ben Harrison, U. S. Atty., and William F. Hall, Asst. U. S. Atty., both of Los Angeles, Cal.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to dismiss appeal herein, and good cause therefor appearing, ordered motion granted, that the appeal herein be dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

## DOOLEY IMPROVEMENTS, Inc., Plaintiff-Appellant, v. MOTOR IMPROVEMENTS, Inc., Defendant-Appellee.

### No. 6487.

Circuit Court of Appeals, Third Circuit.

March 9, 1938.

Hugh M. Morris, of Wilmington, Del., and John M. Zane and Harold W. Norman, both of Chicago, Ill., for appellant.

Robert H. Richards, of Wilmington, Del., and Theodore S. Kenyon and Frederick Bachman, both of New York City, for appellee.

Before BUFFINGTON, Circuit Judge, and DICKINSON, District Judge.

PER CURIAM.

The appellee's motion to dismiss the appeal, 18 F.Supp. 340, in the above entitled cause having been heard and duly considered by the court, it is ordered, adjudged and decreed by the court that the appeal taken by Dooley Improvements, Inc., plaintiff-appellant, in the above entitled cause be and the same is hereby dismissed.